## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TEXARKANA DIVISION

| | |
|---|---|
| JAMES NOBLE, § § § Plaintiff, § § v. § § ALLSTATE VEHICLE & PROPERTY § INSURANCE COMPANY, § § Defendant. § | CIVIL ACTION NO. 5:20-CV-00114-RWS |

## ORDER

Pursuant to the Court's order dismissing this case, the Court hereby enters Final Judgment.

Accordingly, it is

**ORDERED** that the above-captioned case is **DISMISSED WITH PREJUDICE**.

All other claims for relief are **DENIED-AS-MOOT**.

The Clerk of the Court is directed to close this case.

**So ORDERED and SIGNED this 21st day of January, 2021.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE